Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

MARY STRUBLE, As Conservator for CS,

vs

FALLBROOK UNION HIGH SCHOOL DISTRICT, a Local Educational Agency

FILED
07 DEC 13 AM 10:08
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

**07 CV 2328 LAB CAB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ellen Dowd, Esq.
2658 Del Mar Heights Road # 228
Del Mar, CA 92014

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

DEC 1 3 2007
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

