## PROOF OF SERVICE
### Mary Struble v. Fallbrook Union High School District
### USDC, SDCA Case. No. 07 CV 2328 LAB (CAB)

STATE OF CALIFORNIA   )
COUNTY OF SAN DIEGO  )

      I am employed in the County of San Diego, State of California.  I am over the age of 18, and not a party to the within action.  My business address is 2658 Del Mar Heights Road #228 Del Mar, California 92014.

      On January 28, 2008 I caused to be served the foregoing documents described as **Reply to Counterclaim, Case No. 07 CV 2328 LAB (CAB)** on all interested parties in this action as follows:

Sharon A. Watt, Esq.
Filarsky & Watt
408 Bryant Circle, Suite "C"
Ojai, California  93023
(805)  640-2970

   **X**   BY MAIL.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon full prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in this declaration.

      Executed on January 28, 2008 at San Diego, California.

**XX**    (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

   Ellen Dowd                               
                                          Signature