SHARON A. WATT [SBN 81377]
admin@filarskyandwatt.com
FILARSKY & WATT LLP
408 Bryant Circle, Suite C
Ojai, California 93023
Telephone   (805) 640-2970
Facsimile   (805) 640-2980

Attorneys for Plaintiff
FALLBROOK UNION HIGH SCHOOL DISTRICT

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALLBROOK UNION HIGH SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPER S., PAUL STRUBLE, AND MARY STRUBLE,<br><br>Defendants. | CASE NUMBER: 08 CV 0049 H AJB<br><br>NOTICE OF RELATED CASES |

The undersigned, counsel of record for Plaintiff FALLBROOK UNIFIED HIGH SCHOOL DISTRICT, hereby provides notice that Case No. 07 CV 2328 LAB/CAB currently before this Court is related to the above-entitled matter. Each case is an appeal from the same administrative decision of the California Special Education Hearing Office and involve similar issues of law and fact.

///

///

1   Dated: January 31, 2008                    Respectfully Submitted,

2                                              FILARSKY & WATT LLP

3

4                                              By: _____

5                                                   Sharon A. Watt

6                                                   Attorney for Plaintiff
                                                    FALLBROOK UNION HIGH SCHOOL
7                                                   DISTRICT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2
## PROOF OF SERVICE

3    I am employed in the County of Ventura, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 408 Bryant Circle, Suite C, Ojai, California 93023.

4

5    On the date noted below, I served the foregoing document described as: NOTICE OF RELATED CASES on the interested parties in this action as follows:

6

| Name & Address | Fax No. | Email Address |
|---|---|---|
| Ellen Dowd, Esq. Attorney at Law 2658 Del Mar Heights Road #228 Del Mar, CA 92014 | (858) 755-6348 | |

7

8

9    [ X ] U.S. MAIL: I caused said envelope to be placed for collection and mailing in the United States mail, postage prepaid, on the same day in the ordinary course of business at Ojai, California.

10

11    [ X ] FACSIMILE TRANSMISSION: I caused a true and complete copy of this document to be transmitted to the parties listed herein at their respective most recent fax numbers of record in this action.

12

13    [ ] ELECTRONIC EMAIL TRANSMISSION: I caused a true and complete copy of this document to be email transmitted to the parties listed herein at their respective most recent email addresses of record in this action.

14

15    [ ] FEDERAL EXPRESS: I caused said envelope to be placed for collection at a Federal Express drop box, on the same day in the ordinary course of business at Ojai, California.

16

17    [ ] STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

18    [ X ] FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

19

20    Executed on January 31, 2008, at Ojai, California.

21    _____

Cheryl L. Smith

22

23

24

25

26

27

28

*Fallbrook Union High School District*
*v. Christopher S. et al.*                    3                    Notice of Related Cases
                                                                  08 CV 0049 H AJB

SHARON A. WATT
STEVE A. FILARSKY

**FILARSKY & WATT LLP**
ATTORNEYS AT LAW
408 Bryant Circle, Suite C
Ojai, California 93023
Telephone: (805) 640-2970
Facsimile:  (805) 640-2980

Manhattan Beach Office
1441 Nineteenth Street
Manhattan Beach, CA 90266
Telephone: (310) 545-7825
Facsimile: (310) 545-2999

## FAX TRANSMISSION

TO:  Ellen Dowd, Esq. (858) 755-6348
COPY TO:  Sallie Hunt, FUHSD (760) 723-1795

FROM:  Cheryl Smith, Legal Administrator

DATE:  January 31, 2008

PAGES:  4 (including transmittal sheet)

RE:  *Fallbrook Union High School District v. Struble*
*USDC Case No. 08CV 0049*

ATTACHED: NOTICE OF RELATED CASES

**Important:**
The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential.  If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify the sender or this office immediately by telephone and return the original message to us by mail.