1  SHARON A. WATT (SBN 81377)
   Filarsky & Watt LLP
2  admin@filarskyandwatt.com
   408 Bryant Circle, Suite C
3  Ojai, California 93023
   Tel:   (805) 640-2970
4  Fax:   (805) 640-2980

5  Attorneys for Respondent
   FALLBROOK UNION HIGH SCHOOL DISTRICT
6

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11 | MARY STRUBLE, As Conservator for CS, | ) Civil No. 07CV2328-LAB(CAB)
12 |                                       | )
   | PLAINTIFF,                            | ) DEFENDANT FALLBROOK UNION
13 |                                       | ) HIGH SCHOOL DISTRICT'S EX PARTE
   | v.                                    | ) APPLICATION TO CONTINUE EARLY
14 |                                       | ) NEUTRAL EVALUATION
   | FALLBROOK UNION HIGH SCHOOL           | ) CONFERENCE; MEMORANDUM OF
15 | DISTRICT, a Local Educational Agency  | ) POINTS AND AUTHORITIES IN
   |                                       | ) SUPPORT THEREOF; DECLARATION
16 | DEFENDANT                             | ) OF JULIE HENRY; DECLARATION OF
   |                                       | ) SHARON A. WATT; [PROPOSED]
17 |                                       | ) ORDER
   |                                       | )
18 |                                       | ) ENE: February 12, 1008
   |                                       | ) Time: 2:00 p.m.
19 |                                       | ) Place: Room 1131, U.S. Courthouse
   |                                       | ) U.S. District Judge: Hon. Cathy Ann
20 |_____| ) Bencivengo

21

22         **NOTICE IS HEREBY GIVEN** that Defendant FALLBROOK UNION HIGH SCHOOL

23 DISTRICT ("District") moves this Court for an Order continuing the Early Neutral Evaluation

24 Conference currently scheduled for February 12, 2008 at 2:00 p.m. in the Chambers of United

25 States Magistrate Judge Cathy Ann Bencivengo. The reason for this requested continuance is that

26 the attorney representing the District in this matter is scheduled to appear for a hearing in another

27 previously scheduled matter from February 12 – 22, 2008. This Ex Parte Application is based upon

28 this Ex Parte Application, the Memorandum of Points and Authorities in Support Thereof, the

                                              1

1 | Declaration of Julie A. Henry, the Declaration of Sharon A. Watt, and the pleadings and other
2 | records on file with this Court.

Dated: February 6, 2008

Respectfully submitted,

Filarsky & Watt LLP

By: s/Sharon A. Watt, Attorney
Attorney for FALLBROOK UNION HIGH SCHOOL DISTRICT
E-mail: admin@filarskyandwatt.com