**PROOF OF SERVICE**
Mary Struble v. Fallbrook Union High School District
USDC, SDCA Case No. 07CV 2328 LAB (CAB)

I am employed in the County of Ventura, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 408 Bryant Circle, Suite C, Ojai, California 93023.

On the date noted below, I served the foregoing document described as: **DEFENDANT FALLBROOK UNION HIGH SCHOOL DISTRICT'S EX PARTE APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF JULIE HENRY; DECLARATION OF SHARON A. WATT; [PROPOSED] ORDER** on the interested parties in this action as follows:

| Name & Address | Fax No. | Email Address |
|---|---|---|
| Ellen Dowd, Esq.<br>Attorney at Law<br>2658 Del Mar Heights Road #228<br>Del Mar, CA 92014 | (858) 755-6348 | |

[ ] U.S. MAIL: I caused said envelope to be placed for collection and mailing in the United States mail, postage prepaid, on the same day in the ordinary course of business at Ojai, California.

[ X ] FACSIMILE TRANSMISSION: I caused a true and complete copy of this document to be transmitted to the parties listed herein at their respective most recent fax numbers of record in this action.

[ ] ELECTRONIC EMAIL TRANSMISSION: I caused a true and complete copy of this document to be email transmitted to the parties listed herein at their respective most recent email addresses of record in this action.

[ ] FEDERAL EXPRESS: I caused said envelope to be placed for collection at a Federal Express drop box, on the same day in the ordinary course of business at Ojai, California.

[ ] STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ] FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 6, 2008, at Ojai, California.

_____
Julie A. Henry