Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
(858) 342-8360
Fax: 858-755-6348
ellendowd@sbcglobal.net

**Attorney for Plaintiff/Counter-Defendant, MARY STRUBLE, As Conservator for CS**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARY STRUBLE, As Conservator for CS,

Plaintiff,

v.

FALLBROOK UNION HIGH SCHOOL DISTRICT, a Local Educational Agency

Defendant.

FALLBROOK UNION HIGH SCHOOL DISTRICT,

Counterclaimant,

v.

MARY STRUBLE, As Conservator for CS,

Counter-Defendant,

CASE NO.: 07 CV 2328 LAB (CAB)

DECLARATION OF MARY STRUBLE IN OPPOSITION TO EX PARTE MOTION TO CONTINUE MANDATORY ENE CONFERENCE

Date: February 12. 2008
Time: 2:00 p.m.
Magistrate Judge: Hon. Cathy Ann Bencivengo

TO DEFENDANT/COUNTERCLAIMANT FALLBROOK UNION HIGH SCHOOL DISTRICT ("The District"), and its attorney of record:

1. I, Mary Struble am over 18 years of age, reside in Fallbrook, California, and am the mother and Conservator of my son, C.S. ("Student").

4. Student filed for an administrative due process hearing against the District, the purpose of which was to obtain a FAPE through the award of compensatory education.

5. To date, the District's only placement offer is back at Fallbrook High School, which is not an appropriate educational setting for Student, and is not compensatory for the years of FAPE that have been denied to Student by the District.

6. Student sincerely wants to earn his high school diploma as soon as possible.

7. Due to the District's actions, it is apparent that the District will never discuss any placement options for Student, other than at Fallbrook High School, unless there is input from the Federal Magistrate Judge leading to a settlement. The only other possibility is an Order on the appeal in favor of Student. As this could take some time, I am proceeding in good faith to try to resolve this case on February 12, 2008.

8. I am therefore, requesting that the ENE Conference not be continued. My attorney and I have cleared our schedules, and I am sure that counsel for the District will prevail upon OAH to allow the administrative hearing to break so that she can attend this ENE Conference.

I declare under penalty of perjury under the laws of the State of California, and the United State, that the foregoing is true and correct.

Executed this 7th day of February at Fallbrook, California.

Mary Struble

Mary Struble, Declarant

Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
(858) 342-8360
Fax: 858-755-6348
ellendowd@sbcglobal.net

**Attorney for Plaintiff/Counter-Defendant, MARY STRUBLE, As Conservator for CS**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MARY STRUBLE, As Conservator for CS,

Plaintiff,

v.

FALLBROOK UNION HIGH SCHOOL DISTRICT, a Local Educational Agency
Defendant.

FALLBROOK UNION HIGH SCHOOL DISTRICT,
Counterclaimant,

v.

MARY STRUBLE, As Conservator for CS,

Counter-Defendant,

CASE NO.: 07 CV 2328 LAB (CAB)

DECLARATION OF ELLEN DOWD, ESQ. IN OPPOSITION TO EX PARTE MOTION TO CONTINUE MANDATORY ENE CONFERENCE

Date: February 12. 2008
Time: 2:00 p.m.
Magistrate Judge: Hon. Cathy Ann Bencivengo

TO DEFENDANT/COUNTERCLAIMANT FALLBROOK UNION HIGH SCHOOL DISTRICT ("The District"), and its attorney of record:

1. I, Ellen Dowd am over 18 years of age, and am attorney of record for Plaintiff, C.S. ("Student").

2. I make this declaration of my own personal knowledge, and, if called as a witness, could and would testify competently hereto.

3. I make this declaration in opposition to the District's Motion for Continuance of the ENE Conference scheduled for February 12, 2007.

4. I was attorney of record for the underlying administrative due process hearing. The District refused to meet with my client in either a Resolution Session, or a Mediation. The hearing was scheduled to start on October 15, 2007, however, due to the District's counsel, Sharon Watt's vacation plans, she attempted to continue the hearing for over a month, although she was returning from vacation on October 15th.

5. The administrative due process hearing took place from October 16, 2007 to October 19, 2007.

6. The purpose of filing for due process was to obtain compensatory education for Student so he could earn his high school diploma. While the Decision held that the District did not provide Student with a FAPE throughout high school, the ALJ unlawfully delegated the award of compensatory education to the District IEP Team.

7. On January 8, 2008, the District filed an Answer and Counterclaim in the instant case.

8. On January 8, 2008, the District filed a separate case under Case No. 08 CV 0049 H (AJB) for the identical relief sought in its Counterclaim herein.

9. On January 29, 2008, I filed a Notice of Related Case in order to have the District's duplicative case transferred to the District Court Judge and Magistrate Judge in this case, so that I could prepare a Motion to Dismiss the which is due February 18, 2008.

10. On February 5, 2008, in late afternoon, I received a telephone message from Filarsky & Watt indicating that this was a "meet and confer" and asking for date of March 18, 2008. The message did not reference a case number. This could have been a meet and confer about the instant case, or the duplicate case. In any event, I was directed to return the call by 10 a.m. on February 6, 2008, however, I was unable to reach my client by that time, and did not return the call.

11. I have read the Notice and Order For early Neutral Evaluation Conference. As soon as I received it, I cleared my calendar, and instructed my client to clear her calendar.

12. According to the Order, any requests for continuance must be made at least 7 days in advance and indicate good cause.

13. In my experience in participating in Due Process hearings before OAH, if a Federal Court appearance is ordered, the due process hearing can go dark for a half-day.

14. As there is no indication in Ms. Watt's declaration that OAH was even contacted to try to arrange going dark on the afternoon of February 12, 2008, and as my client is completely in compliance of the Order, and is also at the mercy of the Court to assist in the early resolution of this matter, as the District will not voluntarily participate in any settlement resolution other than that Student can return to Fallbrook High School, the District's attempt to continue this Conference must be denied.

15. Student has been eagerly awaiting receipt of compensatory education so he can earn his high school diploma. Having him sitting at home, while the District continues to deny him a FAPE, is not accomplishing this purpose.

16. I respectfully request that the District not be granted a continuance, as there is no good cause stated, and, continuing this case will only delay justice, to Student's detriment.

I declare under penalty of perjury under the laws of the State of California, and the United State, that the foregoing is true and correct.

Executed this 7th day of February at San Diego, California.

Ellen Dowd, Declarant