## PROOF OF SERVICE
## Mary Struble v. Fallbrook Union High School District
### USDC, SDCA Case. No. 07 CV 2328 LAB (CAB)

STATE OF CALIFORNIA   )
COUNTY OF SAN DIEGO   )

      I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 2658 Del Mar Heights Road #228 Del Mar, California 92014. **Declarations of Mary Struble and Ellen Dowd in Opposition to Ex Parte Motion to Continue ENE Conference, Case No. 07 CV 2328 LAB (CAB)** on all interested parties in this action as follows:

Sharon A. Watt, Esq.
Filarsky & Watt
408 Bryant Circle, Suite "C"
Ojai, California 93023
(805) 640-2980

_____ BY MAIL. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon full prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in this declaration.

__X__ BY FACSIMILE transmission to the persons at the Fax Numbers listed above, and no error was reported in the transmission, and I received a printed record of said transmission, which is attached.

      Executed on February 7, 2008 at San Diego, California.

__XX__   (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__Ellen Dowd__                              _[signature]_
                                                                        Signature

TRANSMISSION VERIFICATION REPORT

```
TIME    : 02/07/2008 19:37
NAME    : EJDESQ
FAX     : 8587556348
TEL     :
SER.#   : 000B7J133636
```

```
DATE,TIME               02/07 17:19
FAX NO./NAME            18056402980
DURATION                00:01:41
PAGE(S)                 06
RESULT                  OK
MODE                    STANDARD
                        ECM
```

**ELLEN DOWD, Esq.**
**Special Education Legal Center**
2658 Del Mar Heights Road #228
Del Mar, California  92014
(858) 342-8360          Fax: (858) 755-6348



| | | | |
|---|---|---|---|
| To: | Sharon Watt, Esq. | | |
| Fax: | 805-640-2980 | Pages (6) (Including Fax Cover) | |
| Re: | CS v. FUHSD/USDC,SDCA | Date: | 2/7/08 |
| | Case No. 07 CV 2328 LAB | | |
| | (CAB) | | |

--NOTICE--

The information contained in this facsimile message is ATTORNEY CLIENT PRIVILEGED and CONFIDENTIAL INFORMATION, intended only for the use of or individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that ant dissemination, distribution or copying of this message is strictly prohibited. If you have received this facsimile in error, please notify sender by telephone at 858-342-8360, and return the written communication to the above address by mail.