```
1  SHARON A. WATT (SBN 81377)
   Filarsky & Watt LLP
2  admin@filarskyandwatt.com
   408 Bryant Circle, Suite C
3  Ojai, California 93023
   Tel:  (805) 640-2970
4  Fax:  (805) 640-2980

5  Attorneys for Respondent
   FALLBROOK UNION HIGH SCHOOL DISTRICT
6
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY STRUBLE, As Conservator for CS,<br><br>PLAINTIFF,<br><br>v.<br><br>FALLBROOK UNION HIGH SCHOOL DISTRICT, a Local Educational Agency<br><br>DEFENDANT | Civil No. 07cv2328-LAB(CAB)<br><br>**DEFENDANT FALLBROOK UNION HIGH SCHOOL DISTRICT'S EX PARTE APPLICATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF SALLIE HUNT; DECLARATION OF CHERYL SMITH; [PROPOSED] ORDER**<br><br>MSC: February 29, 1008<br>Time: 2:00 p.m.<br>Place: Room 1131, U.S. Courthouse<br>U.S. Magistrate Judge: Hon. Cathy Ann Bencivengo |

**NOTICE IS HEREBY GIVEN** that Defendant FALLBROOK UNION HIGH SCHOOL DISTRICT ("District") moves this Court for an Order continuing the Mandatory Settlement Conference currently scheduled for February 29, 2008 at 2:00 p.m. in the Chambers of United States Magistrate Judge Cathy Ann Bencivengo. The reason for this requested continuance is that the District's authorized representative in this matter will be out of the state due to a pre-paid, pre-planned trip from February 27, 2008 through March 3, 2008. This Ex Parte Application is based upon this Ex Parte Application, the Memorandum of Points and Authorities in Support Thereof,

1

1  Declaration of Sallie Hunt, Declaration of Cheryl Smith, and the pleadings and other records on file
2  with this Court.

3
4  Dated: February 26, 2008                    Respectfully submitted,

5                                              Filarsky & Watt LLP

6                                              *[signature]*
7                                        By:   Sharon A. Watt, Attorney
                                               Attorney for FALLBROOK UNION HIGH
8                                              SCHOOL DISTRICT

2

Motion to Continue Mandatory Settlement Conference                Civil No. 07cv2328-LAB (CAB)
                                                        *Struble v. Fallbrook Union High School District*