SHARON A. WATT (SBN 81377)
admin@filarskyandwatt.com
Filarsky & Watt LLP
408 Bryant Circle, Suite C
Ojai, California 93023
Tel:  (805) 640-2970
Fax:  (805) 640-2980

Attorneys for Respondent
FALLBROOK UNION HIGH SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY STRUBLE, As Conservator for CS,<br><br>PLAINTIFF,<br><br>v.<br><br>FALLBROOK UNION HIGH SCHOOL DISTRICT, a Local Educational Agency,<br><br>DEFENDANT | Civil No. 07cv2328-LAB(CAB)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT FALLBROOK UNION HIGH SCHOOL DISTRICT'S EX PARTE APPLICATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br><br>MSC: February 29, 2008<br>Time: 2:00 p.m.<br>Place: Room 1121, U.S. Courthouse<br>U.S. Magistrate Judge: Hon. Cathy Ann Bencivengo |

## I.

## BACKGROUND

On December 13, 2007, Plaintiff Mary Struble ("Plaintiff") as Conservator for CS ("Student") filed a "Complaint/Appeal of Office of Administrative Hearings, Special Education Division for Partial Reversal of Decision and Attorney Fees and Costs" ("Complaint").

On January 8, 2008, FALLBROOK UNION HIGH SCHOOL DISTRICT ("District") filed its Answer and Counterclaims to Plaintiff's Complaint.

On January 9, 2008, the Court issued a Notice of Early Neutral Evaluation conference ("ENE") on February 12, 2008, at 2:00 p.m.

On February 6, 2008, the District filed an ex parte application to continue the ENE.

On February 8, 2008, the Court issued an Order continuing the ENE to February 14, 2008, at 9:00 a.m. and setting a Mandatory Settlement Conference for February 29, 2008, at 2:00 p.m.

## II.

## ARGUMENT

1. The February 8, 2008 Order Regarding Ex Parte Application to Continue Early Neutral Evaluation Conference ("Order") states that pursuant to Local Civil Rule 16.3, all party representatives and claims adjusters for insured defendants with full and unlimited authority to negotiate and enter into a binding settlement, as well as the principal attorney(s) responsible for the litigation must be present at the Mandatory Settlement Conference. The Order further states that retained outside corporate counsel shall not appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement.

2. Defendant is a public school district. The District has solely authorized Sallie Hunt, Special Education Director of Fallbrook Union High School District, as its representative for this matter. Ms. Hunt is the only District representative authorized to negotiate and enter into binding settlement agreements on the District's behalf. Ms. Hunt is the only District representative familiar with this case.

3. Ms. Hunt is unable to appear at the Mandatory Settlement Conference on February 29, 2008, as Ms. Hunt has a pre-paid, pre-planned trip that takes her out of state from February 27, 2008 through March 3, 2008. (See Declaration of Sallie Hunt.)

4. The District requests a continuance to allow its representative to participate in the Mandatory Settlement Conference in person, as required by the Order.

5. The District's attorney's office attempted to contact Plaintiff's attorney to obtain mutually agreeable dates to offer the Court, but Plaintiff's attorney did not respond. (See Declaration of Cheryl Smith). The District's representative and legal counsel are available for the Mandatory Settlement Conference on March 19, 24 or 26, 2008.

## III.

## CONCLUSION

For the reasons stated above, the District respectfully requests that its *ex parte* application to continue the Mandatory Settlement Conference be granted.

Dated: February 26, 2008

Respectfully submitted,

Filarsky & Watt LLP

By: *[signature]*
    Sharon A. Watt
    Attorney for FALLBROOK UNION HIGH SCHOOL DISTRICT