SHARON A. WATT (SBN 81377)
Filarsky & Watt LLP
admin@filarskyandwatt.com
408 Bryant Circle, Suite C
Ojai, California 93023
Tel:   (805) 640-2970
Fax:   (805) 640-2980

Attorneys for Respondent
FALLBROOK UNION HIGH SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY STRUBLE, As Conservator for CS, | Civil No. 07cv2328-LAB(CAB) |
| PLAINTIFF, | **DECLARATION OF SALLIE HUNT IN SUPPORT OF DEFENDANT FALLBROOK UNION HIGH SCHOOL DISTRICT'S EX PARTE APPLICATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| FALLBROOK UNION HIGH SCHOOL DISTRICT, a Local Educational Agency | |
| DEFENDANT | |

///
///
///
///
///
///
///

1

Civil No. 07cv2328-LAB (CAB)

## DECLARATION OF SALLIE HUNT

I, Sallie Hunt, declare as follows:

1. I have personal knowledge of the matters set forth in this Declaration and if called upon could and would competently testify thereto.

2. I currently serve as Director of Special Education for the Fallbrook Union High School District ("District") and am the only staff member familiar with this case.

3. I am unable to attend the Mandatory Settlement Conference currently scheduled for Friday, February 29, 2008, as I will be in Alaska from February 27, 2008 through March 3, 2008.

4. The travel arrangements for the trip to Alaska were made on January 3, 2008. At that time I was unaware that a Mandatory Settlement Conference would be scheduled for February 28, 2008. A copy of the travel confirmation is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 25, 2008, at Fallbrook, California.

*Sallie Hunt*
Sallie Hunt



# Alaska Airlines, Horizon Air

My Account | My Trips | Salli

Deals ▼   Day of Flight ▼   Destinations ▼   Mileage Plan ▼   More... ▼      Need Help?

Air Fares   Hotel Rooms   Car Rentals   Vacation Packages   Schedules   Electronic Timetables   Route Map   Show A

## Purchased Reservation   Return to My Trips

**Your reservation is complete.**
Print this page for your check-in and airport use.

**Confirmation Code**
**GWIGWI**

Add Itinerary to a Calendar
Forward Itinerary to a Friend
How to Change a Reservation Tutorial

### Itinerary, Traveler Information, and Reserved Seats°   Change Reservation

| Flight | Departs | Arrives | Details |
|---|---|---|---|
| Alaska Airlines 119 | San Diego (SAN) **4:11 pm** Wed, Feb 27 | Anchorage (ANC) **10:32 pm** Wed, Feb 27 | Coach · Boeing 737-900 One stop · 40% On-Time Meal: None 2,495 mi · 7 hr 21 min |
| Alaska Airlines 164 | Anchorage (ANC) **10:43 pm** Sun, Mar 02 | Seattle (SEA) **+ 3:04 am** Mon, Mar 03 | Coach · Boeing 737-400 Nonstop · 70% On-Time Meal: None 1,444 mi · 3 hr 21 min |
| Alaska Airlines 520 | Seattle (SEA) **6:40 am** Mon, Mar 03 | San Diego (SAN) **9:25 am** Mon, Mar 03 | Coach · Boeing 737-400 Nonstop · 90% On-Time Meal: None 1,051 mi · 2 hr 45 min |

+ Indicates the arrival date is different than the departure date.

**Reserved Seats for Flight(s)**

| Traveler Information | 119 | 164 | 520 | Additional Services Requested |
|---|---|---|---|---|
| Name: Sallie Hunt MP#: Enter mileage program E-ticket: 0272115461532 | 24A | 20A Change seats | 16A | Request additional services (Wheelchair, etc) |
| Name: Otto Hunt MP#: Enter mileage program E-ticket: 0272115461533 | 24B | 20B Change seats | 16B | Request additional services (Wheelchair, etc) |

° Air Carrier Access Act requires us to make certain seats available to customers with disabilities. If you are assigned one of these seats and a qualified person requests it, you will be reaccommodated at the airport in another seat.

**Thank you for your purchase at alaskaair.com**





AT YOUR SERVICE

Hotel Deals

Total Fare

Save with these special hotel off

https://www.alaskaair.com/booking/ssl/saved/ViewPNRStart.asp?TYPE=TRIP&View=Tri...   2/25/2008