SHARON A. WATT (SBN 81377)
Filarsky & Watt LLP
admin@filarskyandwatt.com
408 Bryant Circle, Suite C
Ojai, California 93023
Tel:   (805) 640-2970
Fax:   (805) 640-2980

Attorneys for Respondent
FALLBROOK UNION HIGH SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY STRUBLE, As Conservator for CS, | Civil No. 07cv2328-LAB(CAB) |
| PLAINTIFF, | **PROOF OF SERVICE** |
| v. | |
| FALLBROOK UNION HIGH SCHOOL DISTRICT, a Local Educational Agency | |
| DEFENDANT | |

## PROOF OF SERVICE
### Mary Struble v. Fallbrook Union High School District
### USDC Case No. 07CV 2328 LAB (CAB)

I am employed in the County of Ventura, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 408 Bryant Circle, Suite C, Ojai, California 93023.

On the date noted below, I served the foregoing document described as: **DEFENDANT FALLBROOK UNION HIGH SCHOOL DISTRICT'S EX PARTE APPLICATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF SALLIE HUNT; DECLARATION OF CHERYL SMITH; [PROPOSED] ORDER** on the interested parties in this action as follows:

| Name & Address | Fax No. | Email Address |
| --- | --- | --- |
| Ellen Dowd, Esq.<br>Attorney at Law<br>2658 Del Mar Heights Road #228<br>Del Mar, CA 92014 | (858) 755-6348 | |

[ ] U.S. MAIL: I caused said envelope to be placed for collection and mailing in the United States mail, postage prepaid, on the same day in the ordinary course of business at Ojai, California.

[ X ] FACSIMILE TRANSMISSION: I caused a true and complete copy of this document to be transmitted to the parties listed herein at their respective most recent fax numbers of record in this action.

[ ] ELECTRONIC EMAIL TRANSMISSION: I caused a true and complete copy of this document to be email transmitted to the parties listed herein at their respective most recent email addresses of record in this action.

[ ] FEDERAL EXPRESS: I caused said envelope to be placed for collection at a Federal Express drop box, on the same day in the ordinary course of business at Ojai, California.

[ ] STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ] FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 26, 2008, at Ojai, California.

*Cheryl Smith* (signature)
Cheryl Smith

SHARON A. WATT
STEVE A. FILARSKY

**FILARSKY & WATT LLP**
ATTORNEYS AT LAW
408 Bryant Circle, Suite C
Ojai, California 93023
Telephone: (805) 640-2970
Facsimile:  (805) 640-2980

Manhattan Beach Office
1441 Nineteenth Street
Manhattan Beach, CA 90266
Telephone: (310) 545-7825
Facsimile: (310) 545-2999

# FAX TRANSMISSION

TO:        Ellen Dowd, Esq. (858) 755-6348

FROM:   Cheryl Smith, Legal Administrator

DATE:    February 26, 2008

PAGES:   17 (including transmittal sheet)

RE:         *Mary Struble, as Conservator for C.S. v. Fallbrook Union High School District*
             *Fallbrook Union High School District v. Struble*
             USDC Case No 07 CV 2328

ATTACHED:    **DEFENDANT FALLBROOK UNION HIGH SCHOOL DISTRICT'S EX PARTE APPLICATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF SALLIE HUNT; DECLARATION OF CHERYL SMITH; [PROPOSED] ORDER**

**Important:**
The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender or this office immediately by telephone and return the original message to us by mail.

## Transmission Report

| | | | | | |
|---|---|---|---|---|---|
| Date/Time | 02-26-2008 | 10:54:39 a.m. | Transmit Header Text | | |
| Local ID 1 | 805 640 2980 | | Local Name 1 | | FILARSKY & WATT |
| Local ID 2 | | | Local Name 2 | | |

This document : Confirmed
(reduced sample and details below)
Document size : 8.5"x11"

SHARON A. WATT
STEVE A. FILARSKY

**FILARSKY & WATT LLP**
ATTORNEYS AT LAW
408 Bryant Circle, Suite C
Ojai, California 93023
Telephone: (805) 640-2970
Facsimile: (805) 640-2980

Manhattan Beach Office:
1441 Nineteenth Street
Manhattan Beach, CA 90266
Telephone: (310) 545-7825
Facsimile: (310) 545-2999

**FAX TRANSMISSION**

TO: Ellen Dowd, Esq. (858) 755-6348

FROM: Cheryl Smith, Legal Administrator

DATE: February 26, 2008

PAGES: 17 (including transmittal sheet)

RE: *Mary Struble, as Conservator for C.S. v. Fallbrook Union High School District*
*Fallbrook Union High School District v. Struble*
USDC Case No 07 CV 2328

ATTACHED: **DEFENDANT FALLBROOK UNION HIGH SCHOOL DISTRICT'S EX PARTE APPLICATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF SALLIE HUNT; DECLARATION OF CHERYL SMITH; [PROPOSED] ORDER**

**Important:**
The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender or this office immediately by telephone and return the original message to us by mail.

Total Pages Scanned : 17    Total Pages Confirmed : 17

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 962 | 8587556348 | 10:43:41 a.m. 02-26-2008 | 00:10:03 | 17/17 | 1 | EC | HS | CP12000 |

**Abbreviations:**
HS: Host send          PL: Polled local          MP: Mailbox print     TU: Terminated by user
HR: Host receive       PR: Polled remote         CP: Completed         TS: Terminated by system     G3: Group 3
WS: Waiting send       MS: Mailbox save          FA: Fail              RP: Report                   EC: Error Correct