Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
(858) 342-8360
Fax: 858-755-6348
ellendowd@sbcglobal.net

**Attorney for Plaintiff/Counter-Defendant, MARY STRUBLE, As Conservator for CS**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY STRUBLE, As Conservator for CS, | CASE NO.: 07 CV 2328 LAB (CAB) |
| Plaintiff, | DECLARATION OF ELLEN DOWD, ESQ. IN OPPOSITION TO EX PARTE MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE |
| v. | |
| FALLBROOK UNION HIGH SCHOOL DISTRICT, a Local Educational Agency Defendant. | Date: February 29, 2008<br>Time: 2:00 p.m.<br>Magistrate Judge: Hon. Cathy Ann Bencivengo |
| FALLBROOK UNION HIGH SCHOOL DISTRICT, | |
| Counterclaimant, | |
| v. | |
| MARY STRUBLE, As Conservator for CS, | |
| Counter-Defendant, | |

TO DEFENDANT/COUNTERCLAIMANT FALLBROOK UNION HIGH SCHOOL DISTRICT ("The District"), and its attorney of record:

1. I, Ellen Dowd am over 18 years of age, and am attorney of record for Plaintiff, C.S. ("Student").

2. I make this declaration of my own personal knowledge, and, if called as a witness, could and would testify competently hereto.

3. I make this declaration in opposition to the District's Ex Parte Motion for Continuance of the Mandatory Settlement Conference ordered by this Court on February 8, 2008.

4. On January 9, 2008, pursuant to the District's filing of an Answer and Counterclaim in this case, the ENE Conference was timely set for February 12, 2008.

5. On February 6, 2008, the District, through its attorney, Sharon Watt, filed an *ex parte* Motion to Continue the ENE until March 18th or March 25th (Declaration of Sharon Watt dated February 6, 2008 to Ex Parte Motion to Continue ENE).

6. The Motion To Continue was opposed by Mary Struble, conservator of C.S. as well as by Ellen Dowd, Esq. The basis for the opposition is that Student, C.S. is sitting at home without any compensatory education, and time is of the essence in providing him with appropriate compensatory education.

7. On February 8, 2008, the Court issued an "Order Regarding Ex Parte Application To Continue Early Neutral Evaluation Conference," in which the ENE was rescheduled to be held via telephone on February 14, 2008, and which also scheduled a **Mandatory Settlement Conference** for February 29, 2008. This Order stated, "Failure to attend the conference will be considered grounds for sanctions."

8. On February 14, 2008, at 9:00 a.m. the Telephonic ENE Conference was held, at which time both attorneys confirmed the Mandatory Settlement Conference on February 29, 2008.

9. In consideration of the Mandatory Settlement Conference, C.S.'s father and co-conservator took Friday, February 29, 2008 off from work.

10. In the current Motion to Continue the Mandatory Settlement Conference the District, through its attorney, once again seeks a continuance to late March, 2008 (March 19, 24 or 26th per District's Points and Authorities to its Motion).

11. In its Motion the District suggests that only Sallie Hunt, the Director of Special Education is authorized to enter into binding settlement agreements for the District.

12. However, on the District's website, Peter Fellios, Director of Student Services, as well as the new Superintendent Larry French, or Assistant Superintendent-Educational Services, Jim Yahr all appear to be in positions to allocate district funds for students.

13. The IDEA was intended to uphold the rights of special education students, not school districts. The District's actions are in bad faith, and are undertaken to delay, protract, and unduly cause additional expense to my clients. Not to mention that there is a related case (08 CV 0049 LAB [CAB]), which was frivolously filed for the express purpose of harassing and embarrassing my clients.

14. On February 25, 2008 Sallie Hunt filed a declaration under penalty of perjury in Related Case No. 08 CV 0049, in which she stated, under oath that, "The District's website does not have any links to "Fallbrook Union High School District v. Christopher S., Paul S., and Mary S, Case No. 08 CV LAB (CAB)."

15. However, as of today that very link is found, and the District continues to defame my clients by not taking corrective action to prevent this false accusation that my clients in some manner violated "Other Civil Rights," in a deliberate attempt to embarrass, harass and intimidate my clients. (See Exhibit "A" hereto).

16. On behalf of my client, I respectfully request that the Mandatory Settlement Conference go forward as scheduled on February 29, 2008 at 2:00 p.m. with a different representative for the District in attendance, or Sallie Hunt in attendance by telephone.

17. Alternatively, as it appears the only relief my client can achieve in this case will be through a binding court order, not subject to manipulation by the District for its own gain, I respectfully request that terminating sanctions be awarded, whereby the District's Answer and Counterclaims be dismissed with prejudice and compensatory education at Fusion Academy be ordered.

//
//

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 26th day of February at San Diego, California.

_____
Ellen Dowd, Declarant

# EXHIBIT "A"

fallbrook union high school district - Google Search
Case 3:07-cv-02328-LAB-CAB   Document 21   Filed 02/26/2008   Page 6 of 7
Page 1 of 2

Web   Images   Maps   News   Shopping   Gmail   more ▼                    Sign in

# Google

fallbrook union high school district   [Search]   Advanced Search
                                                  Preferences

---

Web   Maps         Results **1 - 10** of about **23,100** for **fallbrook union high school district**. (0.12 seconds)



### Fallbrook Union High School District: Superintendent
www.fuhsd.net

2234 S Stagecoach Ln
Fallbrook, CA 92028
(760) 723-6332
Get directions

More information »

### Fallbrook Union High School District
FUHSD operates one comprehensive **high school** and three alternative campuses.
Map of 2234 S Stagecoach LN, Fallbrook, CA 92028
www.**fuhsd**.net/ - 28k - Cached - Similar pages

### Fallbrook Union High School District
The **Fallbrook Union High School District's** Board of Trustees meets on the 2nd and
4th ... Posted on 6/1/2007 2:11 PM by **Fallbrook Union High School District** ...
www.fuhsd.net/apps/podcasts/show_channel.jsp?pcOwnerREC_ID= - 37k -
Cached - Similar pages
More results from www.fuhsd.net »

### Fallbrook High School
Official **school** site with calendar and information on athletics, ASB, agriculture and alumni
services.
www.**fallbrook**hs.org/ - 41k - Cached - Similar pages

### Fallbrook Union High School District Schools, Fallbrook - CA ...
**Fallbrook Union High School District**, California - CA: Find, compare and map public
schools in **Fallbrook Union High School District**.
www.**greatschools**.net/schools.page?**district**=687&state=CA - 22k -
Cached - Similar pages

### Fallbrook Union High School District schools - district elementary ...
Up-to-date test scores and student demographics for the **Fallbrook Union High School
District**.
www.**greatschools**.net/cgi-bin/ca/**district**_profile/687 - 65k - Cached - Similar pages


### Fallbrook Union High School District v. Struble et al - 3 ...
Justia Federal Filings - California Southern **District** Court - Civil Rights - Other Civil Rights -
**Fallbrook Union High School District** v. Struble et al.
dockets.justia.com/docket/court-casdce/case_no-3:2008cv00049/case_id-261077/ - 77k -
Cached - Similar pages

### Fallbrook High School
it's the **Fallbrook Union High School**, one we'll love forever more, ... **District**

Administration Thomas R. Anthony, **District** Superintendent ...
home.znet.com/schester/FUHS/ - 5k - Cached - Similar pages

### **Fallbrook Union High School District** | The San Diego **Union**-Tribune
Oct 18, 2006 ... Statement: I look forward to serving a third term as a member of the **Fallbrook Union High School District** governing board. ...
www.signonsandiego.com/**union**trib/20061018/news_lz1x18faluni.html - 21k - Cached - Similar pages

### Communications-Salute to Teachers
Linda Poznanter, **Fallbrook Union High School District** Susan Emerson, Grossmont **Union High School District** Linda Austin, San Diego County Office of Education ...
www.sdcoe.net/comm/salute/pastwinners.html - 10k - Cached - Similar pages

### List of **high** schools in San Diego County, California - Wikipedia ...
[edit] **Fallbrook Union High School District**. **Fallbrook Union High School**, **Fallbrook**; Ivy **High** (continuation), **Fallbrook**; Oasis **High** (alternative), **Fallbrook** ...
en.wikipedia.org/wiki/List_of_**high**_schools_in_San_Diego_County,_California - 45k - Cached - Similar pages

**1** 2 3 4 5 6 7 8 9 10    **Next**

---

fallbrook union high school district    [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google