# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY STRUBLE, As Conservator for CS, <br><br>　　　　　　　　　　　　Plaintiff, <br>　vs. <br><br>FALLBROOK UNION HIGH SCHOOL DISTRICT, a Local Educational Agency, <br><br>　　　　　　　　　　　　Defendant. <br>_____ <br>AND RELATED COUNTER-CLAIM. | CASE NO. 07cv2328-LAB (CAB) <br><br>**ORDER OF REFERENCE** |

In accordance with 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(c)(1)(c), **IT IS HEREBY ORDERED** all matters arising out of this complaint and counter-claim are referred to United States Magistrate Judge Cathy Ann Bencivengo for a Report and Recommendation on the disposition of the case. The parties are instructed to contact Magistrate Judge Bencivengo's chambers with respect to all scheduling, hearing, or other issues.

**IT IS SO ORDERED**.

DATED: March 21, 2008

　　　　　　　　　　　　　　　　　　　　　　_Larry A. Burns_
　　　　　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　　　　　　United States District Judge