UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY STRUBLE, as conservator for C.S., <br><br> Plaintiff, <br><br> v. <br><br> FALLBROOK UNION HIGH SCHOOL DISTRICT, a local educational agency, <br><br> Defendant. | Civil No.   07cv2328-LAB (CAB) <br><br><br> **SCHEDULING ORDER** |
| And related counterclaim. | |

On December 13, 2007, Plaintiff filed a complaint seeking judicial review of a decision of the State of California, Office of Administrative Hearings, Special Education Division.  On January 8, 2008, Defendant filed its answer.  District Judge Burns has referred this matter to Magistrate Judge Cathy Ann Bencivengo on a report and recommendation basis.  [Doc. No. 25.]  This order sets out a briefing schedule and hearing date for the parties' cross-motions:

1) Plaintiff shall lodge the Administrative Record with the Court on or before **April 18, 2008**.

2) Any applications to supplement the record and lodgment of any proposed supplementation shall be filed and served on or before **May 2, 2008**.

3) Any objections to the record and oppositions to applications to supplement shall be filed and served on or before **May 9, 2008**.

4) Replies to the objections or oppositions shall be filed and served on or before **May 16, 2008**.

5) The Court shall hold a hearing on the applications to supplement and objections to the record on **May 23, 2008**, at **9:00 a.m.**

6) The parties shall simultaneously exchange and file their opening briefs on or before **June 13, 2008**.

7) The parties shall simultaneously exchange and file their response briefs on or before **June 27, 2008**.

8) The Court shall hold a hearing on the parties' cross-motions on **July 23, 2008**, at **9:30 a.m.** The Court has reserved a half-day for this hearing.

**IT IS SO ORDERED.**

DATED: March 26, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge