Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
(858) 342-8360
Fax: 858-755-6348
ellendowd@sbcglobal.net

FILED

08 APR 18 PM 3:47

DEPUTY

**Attorney for Plaintiff/Counter-Defendant, MARY STRUBLE, As Conservator for CS**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY STRUBLE, As Conservator for CS, | CASE NO.: 07 CV 2328 LAB (CAB) |
| Plaintiff, | **NOTICE OF LODGING OF ADMINISTRATIVE RECORD** |
| v. | |
| FALLBROOK UNION HIGH SCHOOL DISTRICT, a Local Educational Agency, Defendant. | |
| FALLBROOK UNION HIGH SCHOOL DISTRICT, | |
| Counterclaimant, | |
| v. | |
| MARY STRUBLE, As Conservator for CS, | |
| Counter-Defendant, | |

TO DEFENDANT/COUNTERCLAIMANT FALLBROOK UNION HIGH SCHOOL DISTRICT ("The District"), and its attorney of record: PLEASE TAKE NOTICE that:

Plaintiff, MARY STRUBLE, hereby lodges the Administrative Record in the above-entitled action concurrently with the filing of this Notice. The Administrative record consists of pages 00001 through 02691, Tabs 1-37, Volumes 1 through 3.

Respectfully submitted,

Dated: April 18, 2008

Ellen Dowd, Attorney for Plaintiff/Counter-defendant, Mary Struble