Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
(858) 755-6347

Attorney for Plaintiff/Counterdefendant, MARY STRUBLE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY STRUBLE, As Conservator for CS,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK UNION HIGH SCHOOL DISTRICT, a Local Educational Agency<br>Defendant.<br>FALLBROOK UNION HIGH SCHOOL DISTRICT,<br><br>Counterclaimant,<br><br>v.<br><br>MARY STRUBLE, As Conservator for CS,<br><br>Counter-Defendant, | CASE NO.: 07 CV 2328 LAB (CAB)<br><br>**NOTICE OF MOTION AND MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**<br><br>Date: May 23, 2008<br>Time: 9:00 a.m.<br>Magistrate Judge: Hon. Cathy Ann Bencivengo<br>Judge: Larry Burns<br><br>Referred to Magistrate Judge Bencivengo For Hearing |

TO: DEFENDANT/COUNTER-CLAIMANT, FALLBROOK UNION HIGH SCHOOL DISTRICT, AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on May 23, 2008 at 9:00 a.m., or as soon as this matter may be heard, Plaintiff, MARY STRUBLE will move this Court for an Order permitting Plaintiff to supplement the Administrative Due Process Record to include documents relevant to the disposition of this case, which were not in existence at the time of the Due Process Hearing. True copies of the supplemental documents sought to be considered by the Court are lodged concurrently with the filing of this Motion.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Ellen Dowd, Esq. and all of the pleadings and papers on file, as well as such oral and documentary evidence as shall be introduced at the time of hearing.

This Motion is made pursuant to the Scheduling Order entered on March 26, 2008 specifying that ant motion regarding supplementation of the record be filed on or before May 2, 2008.

Dated: May 1, 2008

Respectfully submitted,

Ellen Dowd, Attorney for
Plaintiff/Counterdefendant
MARY STRUBLE