Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
(858) 755-6347

Attorney for Plaintiff/Counterdefendant, MARY STRUBLE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY STRUBLE, As Conservator for CS,<br><br>Plaintiff,<br><br>v.<br><br>FALLBROOK UNION HIGH SCHOOL DISTRICT, a Local Educational Agency<br>Defendant.<br><br>FALLBROOK UNION HIGH SCHOOL DISTRICT,<br><br>Counterclaimant,<br><br>v.<br><br>MARY STRUBLE, As Conservator for CS,<br><br>Counter-Defendant, | CASE NO.: 07 CV 2328 LAB (CAB)<br><br>**NOTICE OF LODGMENT OF DOCUMENTS TO SUPPLEMENT THE ADMINISTRATIVE RECORD**<br><br>**Date: May 23, 2008**<br>**Time: 9:00 a.m.**<br>**Magistrate Judge: Hon. Cathy Ann Bencivengo**<br>**Judge: Larry Burns** |

TO: DEFENDANT/COUNTER-CLAIMANT, FALLBROOK UNION HIGH SCHOOL DISTRICT, AND ITS ATTORNEY OF RECORD:

Plaintiff hereby lodges Exhibits A-J as initial documents with which Plaintiff seeks to supplement the Administrative Record, as follows:

| | |
|---|---|
| Ex. A | Letter from Defendant dated January 3, 2008 |
| Ex. B | Letter from Fusion Learning Center responding to 1/3/08 letter |
| Ex. C | February 6, 2008 transcript with e-mail |
| Ex. D | IEP dated February 7, 2008 |

| | | |
|---|---|---|
| 1 | Ex. E | April 15, 2008 letter from Fusion Learning Center |
| 2 | Ex. F | Fusion Enrollment Contract dated April 1, 2008 |
| 3 | Ex. G | Invoice, Payment and Receipt for April, 2008 |
| 4 | Ex. H | Detail of charges at fusion for April, 2008 |
| 5 | Ex. I | May 1, 2008 Fusion Update on Progress |
| 6 | Ex. J | Fusion Invoice May, 2008. |

Dated: May 1, 2008

Respectfully submitted,

*/s/ Ellen Dowd*

Ellen Dowd, Attorney for
Plaintiff/Counterdefendant
MARY STRUBLE