## PROOF OF SERVICE

### Mary Struble as conservator for C.S. v. Fallbrook Union High School District
### Case No. 07 Cv 2328 LAB (CAB)

STATE OF CALIFORNIA )
COUNTY OF SAN DIEGO )

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 2658 Del Mar Heights Road #228 Del Mar, California 92014.

On May 16, 2008, I caused to be served **Reply Memorandum of Points and Authorities in Support of Motion To Supplement Administrative Record, Request To Take Judicial Notice** on all interested parties in this action follows:

Sharon Watt, Esq.
Filarsky & Watt
408 Bryant Circle
Suite C
Ojai, California 93023
805-640-2980

__X__ BY MAIL. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon full prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in this declaration.

____BY FACSIMILE transmission to the persons at the Fax Numbers listed above, and no error was reported in the transmission, and I received a printed record of said transmission.

____ By overnight mail by placing the above-referenced documents with Fed-X Express requesting guaranteed overnight delivery (next business day).

Executed on May 16, 2008 at San Diego, California.

XX  (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__Ellen Dowd_____

_____
Signature