1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MARY STRUBLE, As Conservator For C.S.,

        Plaintiff,

v.

FALLBROOK UNION HIGH SCHOOL DISTRICT,

        Defendant.

CASE NO.: 07 CV 2328 LAB (CAB)

**ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

After due consideration of Plaintiff's Motion to Supplement the Administrative Record, and Opposition of Defendant, Fallbrook Union High School District ("the District");

Good cause appearing, the Court **GRANTS** the Motion, and the lodged documents will be deemed filed in this matter. No additional supplemental documents may be filed by Plaintiff at this time with the Court.

The Court **FURTHER ORDERS** that the District shall file its supplemental response, if any, to the plaintiff's lodged documents on or before **June 13, 2008**.

The Court **FURTHER ORDERS** that the previous scheduling order [Doc. No. 26] shall be modified as follows:

1)     The parties shall simultaneously exchange and file their opening briefs on or before **June 27, 2008**.

2)     The parties shall simultaneously exchange and file their response briefs on or before **July 11, 2008**.

3)     The Court shall hold a hearing on the parties' cross-motions on **August 1, 2008,** at **2:00 p.m**.

**IT IS SO ORDERED.**

Dated: _____ May 23, 2008 _____

_____

**CATHY ANN BENCIVENGO**
United States Magistrate Judge

Order Granting Plaintiff's Motion to
Supplement the Administrative Record
07cv2328-LAB (CAB)