## PROOF OF SERVICE

### Mary Struble as conservator for C.S. v. Fallbrook Union High School District
### Case No. 07 Cv 2328 LAB (CAB)

STATE OF CALIFORNIA  )
COUNTY OF SAN DIEGO  )

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 2658 Del Mar Heights Road #228 Del Mar, California 92014.

On July 11, 2008 I caused to be served **PLAINTIFF'S OPPOSITION FOR HEARING ON CROSS-MOTIONS FOR PARTIAL REVERSAL OF ADMINISTRATIVE DECISION, and PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE** on all interested parties in this action follows:
by serving counsel of record:

Sharon Watt, Esq.
Filarsky & Watt
408 Bryant Circle
Suite C
Ojai, California 93023

electronically, having verified on the Court's CM/ECF website that such counsel is listed to receive email notification for this case, and there are no other attorneys on the manual notice list.

Executed on July 11, 2008 at San Diego, California.

__XX__  (STATE)   I declare under penalty of perjury under the laws of the United States of America and that State of California that the above is true and correct.

__Ellen Dowd__                                          _[signature]_
                                                         Signature