```
1   SHARON A. WATT SBN 81377
    FILARSKY & WATT LLP
2   Attorneys at Law
    408 Bryant Circle, Suite C
3   Ojai, California 93023
    Telephone:   (805) 640-2970
4   Facsimile:   (805) 640-2980

5   Attorneys for Defendant
    FALLBROOK UNION HIGH SCHOOL DISTRICT
6
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY STRUBLE, As Conservator for CS, | ) CASE NO. 07CV 2328 LAB (cab) |
| Plaintiff/Counterdefendant, | ) |
| v. | ) **CERTIFICATE OF SERVICE OF** |
| | ) **FALLBROOK UNION HIGH SCHOOL** |
| FALLBROOK UNION HIGH SCHOOL | ) **DISTRICT OBJECTIONS TO REPORT** |
| DISTRICT, a Local Educational Agency, | ) **AND RECOMMENDATION [OF** |
| | ) **MAGISTRATE JUDGE]** |
| Defendant/Counterclaimant. | ) |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that I am employed in the County of Ventura, State of California and that I am over the age of 18 years and am not a party to this action. My business address is 408 Bryant Circle, Suite C, Ojai, California 93023.

On September 16, 2008, I served **FALLBROOK UNION HIGH SCHOOL DISTRICT OBJECTIONS TO REPORT AND RECOMMENDATION [OF MAGISTRATE JUDGE]** by serving counsel of record, Ellen Dowd, Esq., electronically, having verified on the Court's

/ / /

/ / /

CM/ECF website that such counsel is listed to receive email notification for this case and that there are no other attorneys on the manual notice list.

Dated: September 17, 2008

*Cheryl Smith* (signature)
Cheryl Smith