Ellen Dowd, Esq. SBN 141206
ellendowd@sbcglobal.net
Special Education Legal Center
2658 Del Mar Heights Road #228
Del Mar, California 92014
(858) 342-8360
Fax (858) 755-6348
Attorney for Plaintiff/Counterdefendant, MARY STRUBLE

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY STRUBLE, As Conservator for CS, | CASE NO.: 07 CV 2328 LAB (CAB) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| FALLBROOK UNION HIGH SCHOOL DISTRICT, a Local Educational Agency Defendant. | |
| FALLBROOK UNION HIGH SCHOOL DISTRICT, | |
| Counterclaimant, | |
| v. | |
| MARY STRUBLE, As Conservator for CS, | |
| Counter-Defendant, | |

1                           07 CV 2328 LAB (CAB)
Plaintiff's Objections To Report And Recommendation

<u>**PROOF OF SERVICE**</u>

<u>**Mary Struble as conservator for C.S. v. Fallbrook Union High School District**</u>
<u>**Case No. 07 Cv 2328 LAB (CAB)**</u>

STATE OF CALIFORNIA   )
COUNTY OF SAN DIEGO   )

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 2658 Del Mar Heights Road #228 Del Mar, California 92014.

On September 16, 2008 I caused to be served **PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION** on all interested parties in this action follows: by serving counsel of record:

Sharon Watt, Esq.
Filarsky & Watt
408 Bryant Circle
Suite C
Ojai, California 93023

electronically, having verified on the Court's CM/ECF website that such counsel is listed to receive email notification for this case, and there are no other attorneys on the manual notice list.

Executed on September 16, 2008 at San Diego, California.

<u>XX</u>   (STATE)   I declare under penalty of perjury under the laws of the United States of America and that State of California that the above is true and correct.

___Ellen Dowd___

_____
Signature